UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Meseck, individually, and collectively on behalf of current and former employees, similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>TAK Communications, Inc.,<br><br>      Defendant | Court File No. 0:10-cv-00965-JRT-AJB<br><br><br>**MOTION** |

TO:   The above named Defendant, and its Attorneys, Britton Weimer, Jones, Satre & Weimer, PLLC, 820 Wells Fargo Plaza, 7900 Xerxes Avenue South, Bloomington, Minnesota 55431; and George R. Wood and Jeff Timmerman, Littler Mendelson, P.C., 1300 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2136.

## **MOTION**

Plaintiff Aaron Meseck, and others similarly situated, by and through their attorneys, hereby move the Court for an Order granting Plaintiff's Motion for Leave to Amend Complaint as follows:

1. To add as Defendants Micah Mauney and Brian Boyden because they are "employers" pursuant to 29 U.S.C. § 203 (d), and Minn. Stat. § 177.23, Subd. 6.

2. For an order for any and all other relief that the Court determines to be just and equitable.

This motion is based upon all files, records, memoranda, pleadings, affidavits, exhibits, and proceedings herein. A copy of Plaintiff's (1) proposed Amended

2

Complaint, and (2) redline version to compare proposed Amended Complaint with original Complaint, are attached hereto pursuant to Local Rule 15.1 of the Local Rules of the United States District Court for the District of Minnesota.

Dated: August 13, 2010                **DODA & McGEENEY, P.A.**

                                                          BY:   s/ Daniel P. Doda
                                                          Daniel P. Doda (# 318875)
                                                          Attorney for Plaintiff
                                                          421 1st Avenue SW, Suite 301W
                                                          Rochester, MN 55902
                                                          (507) 536-0555
                                                          (507) 536-0558 (Fax)

Dated: August 13, 2010                **SCHMID & O'BRIEN, LTD.**

                                                          BY:   s/ Timothy A. O'Brien
                                                          Timothy A. O'Brien
                                                          Co-Counsel to Plaintiff
                                                          6001 Egan Drive, Suite 140
                                                          Savage, MN 55378
                                                          (952) 226-1202
                                                          (952) 226-1203 (Fax)