UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Meseck, individually, and collectively on behalf of current and former employees, similarly situated, and Jeffrey Webber, individually, and collectively on behalf of current and former independent contractors, similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>TAK Communications, Inc., Micah Mauney, and Brian Boyden,<br><br>                Defendants. | Court File No. 0:10-cv-00965-JRT-TNL<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT** |

Named plaintiffs Aaron Meseck and Jeffrey Webber ("the Named Plaintiffs") and defendants TAK Communications, Inc., Micah Mauney, and Brian Boyden (collectively, "Defendants"), by and through their undersigned attorneys, jointly move the Court for entry of an Order:

1. Granting preliminary approval of the parties' proposed settlement, as memorialized in their Confidential Settlement Agreement and Release of Claims ("the Agreement");

2. Provisionally certifying the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the parties' settlement:

> All individuals who reside in the State of Minnesota and who worked as an Installation Technician for TAK Communications, Inc., between March 25, 2007, and [date the Notice and Claims Administration Form are initially mailed], whether classified as an employee or independent contractor;

1

3. Appointing Doda & McGeeney, P.A., as class counsel;

4. Approving the parties' proposed Notice and Claims Administration Form;

5. Establishing a schedule for final approval and implementation of the settlement in this action, including, without limitation, the holding of a final fairness hearing; and

6. Granting such other relief as the Court deems just and proper.

This joint motion is based upon the Agreement and the exhibits thereto, the accompanying memorandum of law and the declarations in support thereof, and all the files, records, and proceedings herein.

Dated:  December 6, 2011

        *s/ Jeffrey A. Timmerman*
George A. Wood #0166017
gwood@littler.com
Jacqueline E. Kalk #0388549
jkalk@littler.com
Jeffrey A. Timmerman #0352561
jtimmerman@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.630.1000
Facsimile:  612.630.9626

**ATTORNEYS FOR DEFENDANTS**

Dated: December 6, 2011

    *w/consent of Daniel P. Doda*
Daniel P. Doda #318875
*daniel@dodamcgeeney.com*
DODA & McGEENEY, P.A.
421 1st Avenue SW, Suite 301W
Rochester, MN  55902
Telephone:  507.536.0555
Facsimile:  507.536.0558

**ATTORNEYS FOR PLAINTIFFS**

Firmwide:104746791.1 065234.1001