UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Meseck, individually, and collectively on behalf of current and former employees, similarly situated, and Jeffrey Webber, individually, and collectively on behalf of current and former independent contractors, similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>TAK Communications, Inc., Micah Mauney, and Brian Boyden,<br><br>      Defendants. | Court File No. 0:10-cv-00965-JRT-TNL<br><br>**JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT** |

 Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, named plaintiffs Aaron Meseck and Jeffrey Webber, and defendants TAK Communications, Inc., Micah Mauney, and Brian Boyden (collectively, "Defendants") jointly move the Court for entry of an Order as follows:

 1. Granting final approval of the settlement of this action;

 2. Certifying a class for settlement purposes,

 3. Directing entry of judgment dismissing this action with prejudice.

This motion is based upon the accompanying memorandum of law, supporting affidavits, and all the files, records, and proceedings herein.

Dated:  March 30, 2012

    *s/ Jeffrey A. Timmerman*
George A. Wood #0166017
gwood@littler.com
Jacqueline E. Kalk #0388549
jkalk@littler.com
Jeffrey A. Timmerman #0352561
jtimmerman@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.630.1000
Facsimile:  612.630.9626

**ATTORNEYS FOR DEFENDANTS**

Dated:  March 30, 2012

    *s/ with consent of Daniel P. Doda*
Daniel P. Doda #318875
*daniel@dodamcgeeney.com*
DODA & McGEENEY, P.A.
421 1st Avenue SW, Suite 301W
Rochester, MN  55902
Telephone:  507.536.0555
Facsimile:  507.536.0558

**ATTORNEYS FOR PLAINTIFFS**

Firmwide:109749967.1 065234.1001